IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:21-cr-605 |
| | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| KELLY WESLEY SANDERS | ) | INFORMATION |

1.    That beginning sometime after January 2017, and continuing until in or about January 2020 in the District of South Carolina and elsewhere, the Defendant, KELLY WESLEY SANDERS, did knowingly devise a scheme and artifice to defraud and to obtain monies by means of false and fraudulent pretenses, representations, and promises, and during such period, in the course of executing said scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain electronic signals, such scheme and artifice and such wire communications being more fully set forth below.

THE SCHEME AND ARTIFICE

2.    It was a part of the scheme and artifice to defraud that KELLY WESLEY SANDERS executed a contract to buy Saluda Motor Sales, Inc. ("SMS) from Benjamin Bradshaw.

3.    It was a part of the scheme and artifice that Bradshaw stepped away from the business and allowed KELLY WESLEY SANDERS to make operational decisions.   Bradshaw talked frequently with KELLY WESLEY SANDERS and was informed that the business was doing well and very profitable.

4.    It was part of the scheme and artifice to defraud that KELLY WESLEY SANDERS, while making operational decisions for SMS, caused over 40 vehicle invoices to be

submitted to Santander Bank, the entity managing the floor plan funding for SMS. The total amount of these invoices was approximately $1.9 million.   KELLY WESLEY SANDERS never intended to purchase these vehicles for SMS, did not purchase these vehicles, and instead simply obtained the money from the bank, for which he knew Bradshaw was a personal guarantor.

5.     It was part of the scheme and artifice to defraud that KELLY WESLEY SANDERS, while making operational decisions for SMS, used the SMS American Express card issued to an SMS employee and obtained an American Express Platinum Card tied to the original SMS account. KELLY WESLEY SANDERS, knowing that Bradshaw was ultimately responsible for the payment of the American Express bills, used the cards for personal expenses and for sham repair bills ($214,205.78) from which he ultimately profited.

6.     It was part of the scheme and artifice to defraud that KELLY WESLEY SANDERS, to hide the extent of fraud related to SMS, caused individuals to invest in Ridge Auto Group ("RAG"), which was a partnership formed to purchase Satcher Ford in Johnston, SC. KELLY WESLEY SANDERS, rather than use the money for its intended purpose, immediately took the funds invested ($532,600) and paid down the SMS debt to the floor plan lender.

7.     It was part of the scheme and artifice to defraud that KELLY WESLEY SANDERS succeeded, through fraud and deceit, in obtaining $2.6 million.

<u>COUNTS 1-5</u>

THE U.S. ATTORNEY CHARGES:

6.     The allegations of paragraphs 1 through 7 of this indictment are alleged herein as setting forth a scheme and artifice to defraud.

7.     On each of the dates reflected below, in the District of South Carolina and

2

elsewhere, KELLY WESLEY SANDERS, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as described above, did transmit and cause to be transmitted in interstate commerce by means of a wire communication, certain signals, writings, and sounds, that is automobile invoices and related documents as further set forth below:

| Count | Invoice Number | Date | Description |
|---|---|---|---|
| 1 | J-D28-39843068/6261 | 11/9/2017 | Invoice and related documents sent to Santander Bank purporting to show the purchase of a RAM 3500 Longhorn Crew Cab 4x4 |
| 2 | J-JLJ-41544033 / 6258 | 8/6/2018 | Invoice and related documents sent to Santander Bank purporting to show the purchase of a Jeep Wrangler Unlimited Sahara |
| 3 | J-JLJ-40918892 / 6298 | 3/9/2018 | Invoice and related documents sent to Santander Bank purporting to show the purchase of a Jeep Wrangler Unlimited Sahara |
| 4 | J-JLJ-41283110 / 6275 | 7/25/2018 | Invoice and related documents sent to Santander Bank purporting to show the purchase of a Jeep Wrangler Unlimited Sahara |
| 5 | 7NNF70 / 0730 | 10/1/2018 | Invoice and related documents sent to Santander Bank purporting to show the purchase of a Range Rover HSE |

All in violation of Title 18, United States Code, Section 1343.

M. RHETT DEHART
ACTING U.S. ATTORNEY

3