IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America, | ) |
| | )    Case No: 8:21-CR-00605 |
| | ) |
| vs. | ) |
| | )    **MOTION TO CONTINUE** |
| Kelly Wesley Sanders | )    **SENTENCING** |

    COMES NOW THE DEFENDANT, Kelly Wesley Sanders, by and through his undersigned counsel, respectfully requests this Court continue the Sentencing Hearing to the next term of court in the above captioned matter. This Hearing is set for April 11, 2022. The government and this Defendant are working together to address certain issues regarding restitution that will directly impact the sentencing presentation. Because of the potential funds involved, this matter will not be resolved by the scheduled sentencing date. Assistant U.S. Attorney Bill Watkins has been consulted on this matter and does not object to this request.

    Based on the foregoing, counsel requests that the Court enter an order granting the defendant's motion to continue this matter to the next criminal term of Court.

    Respectfully submitted this the 5th day of April, 2022.

                                                                      Eppes & Plumblee, P.A.

                                                                       */s/ Frank L. Eppes*

                                                                       Fed. ID No 1003
                                                                       Eppes & Plumblee, P.A.
                                                                       P.O. Box 10066
                                                                       Greenville, South Carolina 29603