IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 8:21-cr-00605 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY WESLEY SANDERS | ) | |

RESPONSE TO MOTION FOR CONTINUANCE

The Government opposes the motion because (1) this case has been pending, via information, since September 2021, and (2) the victims are due closure in this matter.

1. The charging document in this case was filed in September 2021. Defendant had notice before it was filed and had agreed to procced by an information. Cases where the parties agree to proceed by information are typically expedited—especially when the amounts of restitution are agreed upon as was the case in the plea agreement. Defendant is simply dragging his feet in coming to the bar of justice.

2. This case centers on Saluda Motor Sales and Benjamin Bradshaw. Mr. Bradshaw is a victim in this case and indicates that he wants to put this matter behind him. Mr. Bradshaw would like sentencing to be held as planned.

3. In summary, the Government opposes the motion and requests that sentencing be held next week.

[SIGNATURE PAGE TO FOLLOW]

        Respectfully submitted,

        COREY F. ELLIS
        UNITED STATES ATTORNEY


BY:    *s/William J. Watkins, Jr.*
        WILLIAM J. WATKINS, JR.
        Assistant U.S. Attorney
        Federal I.D. No: 7863